1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DEBORAH LENORE BODGE,                    No. 2:10-cv-01319-MCE-CMK

            Plaintiff,

      v.                                                ORDER

TRINITY COUNTY SHERIFF'S
DEPARTMENT, et al.,

            Defendants.

_____/

      Plaintiff, who is proceeding pro se, brings this civil action alleging violations of her civil

rights.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District

of California local rules.

      On January 27, 2011, the Magistrate Judge filed findings and recommendations herein

which were served on the parties and which contained notice that the parties may file objections

within a specified time.  No objections to the findings and recommendations have been filed.

      The Court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the Magistrate Judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed January 27, 2011, are adopted in full;

2.      All defendants, except defendant Grossman, are dismissed with prejudice; and

3.      This action proceeds against defendant Grossman only on plaintiff's claim that he obtained and executed a search warrant that was not based on probable cause.

Dated:  March 29, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE