IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH LENORE BODGE,                    No. CIV S-10-1319-MCE-CMK

        Plaintiff,

  vs.                                                         ORDER

ROYCE GROSSMAN,[1]

        Defendant.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action alleging violations of her civil rights.

        The court has concluded that the amended complaint is appropriate for service by the United States Marshal without pre-payment of costs on defendant Grossman. If plaintiff desires service of process by the United States Marshal without pre-payment of costs, plaintiff must comply with the requirements outlined below. Plaintiff is warned that failure to comply with this order, or otherwise effect service pursuant to Federal Rule of Civil Procedure 4, may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The Clerk of the Court shall issue a summons in a civil case, the

---

[1] Grossman is the only remaining defendant.

1

undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

       2.       The Clerk of the Court shall send plaintiff the summons, one USM-285 forms, and a copy of the amended complaint;

       3.       Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

       a.       The completed summons;

       b.       One completed USM-285 form for each named defendant;

       c.       Two copies of the complaint; and

       d.       One copy of the court's initial scheduling conference order issued herewith;

       4.       Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal;

       5.       The United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the defendants at the addresses provided by plaintiff; and

       6.       The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED: April 14, 2011

                                                      _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE