1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DEBORAH LENORE BODGE,                No. CIV S-10-1319-MCE-CMK

12            Plaintiff,

13      vs.                                ORDER

14   ROYCE GROSSMAN,

15            Defendants
     _____/

16

17            Plaintiff, who is proceeding pro se, brings this civil action alleging violations of

18   her civil rights.  The scheduling conference set for September 8, 2011, before the undersigned in

19   Redding, California, is vacated pending resolution of defendant's motion to dismiss.

20            IT IS SO ORDERED.

21

22    DATED:  September 1, 2011

23                                        _____
                                          **CRAIG M. KELLISON**
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

1