**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DEBORAH LENORE BODGE,                    No. CIV S-10-1319-MCE-CMK

        Plaintiff,

   vs.                                        ORDER

ROYCE GROSSMAN,

        Defendants

_____/

       Plaintiff, who is proceeding pro se, brings this civil action alleging violations of her civil rights.  The scheduling conference set for September 8, 2011, before the undersigned in Redding, California, is vacated pending resolution of defendant's motion to dismiss.

       IT IS SO ORDERED.


DATED:  September 1, 2011

                            _____
                            **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE