IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH LENORE BODGE, | No. CIV S-10-1319-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ROYCE GROSSMAN, | |
| Defendant. | |
| _____/ | |

  Plaintiff, who is proceeding pro se, brings this civil action alleging violations of her civil rights. Pending before the court is defendant's motion to dismiss (Doc. 22). A hearing was held before the undersigned in Redding, California, on September 1, 2011, at 10:00 a.m. Plaintiff appeared pro se. John Robert Whitefleet, Esq., appeared for defendant.

  The court is most concerned about the issue of qualified immunity. Because it appears that this issue was not fully addressed by plaintiff in her opposition papers, and because this is a potentially dispositive issue, the court will provide plaintiff an opportunity to file further briefing. Upon submission of further briefing, the case will stand submitted on the papers without further oral argument.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file further briefing in opposition to the motion to dismiss within 14 days of the date of this order; and

2. Defendant may file a reply within 10 days after service of any further briefing by plaintiff, after which time the motion to dismiss will stand submitted.

DATED: September 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE